# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Thomas Donnell Sifford ,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                      3:10-cv-596
                                      3:07-cr-97

USA ,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 25, 2011 Order.

Signed: March 25, 2011

Frank G. Johns, Clerk
United States District Court